FILED

03/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0113

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 23-0113

PAUL ANTHONY EMRICH,

      Petitioner,

  v.

PETER BLUDWORTH, Warden
Crossroads Correctional Center,

      Respondent.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including April 29, 2023, within which to prepare, file, and serve its response brief.

**BF**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 21 2023